FILED

2018 MAY -2 PM 1:40

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

September 2017 Grand Jury

| UNITED STATES OF AMERICA, | SA CR No. 18-00086 CJC |
|---|---|
| Plaintiff, | **I N D I C T M E N T** |
| v. | [18 U.S.C. § 922(g)(1): Felon in Possession of Firearms and Ammunition] |
| FRANK PEREZ, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 922(g)(1)]

On or about June 13, 2016, in Orange County, within the Central District of California, defendant FRANK PEREZ ("PEREZ") knowingly possessed a firearm, namely, a stolen Colt, model Diamondback, .38 Special caliber revolver, bearing serial number D86160, and ammunition, namely, approximately six rounds of Winchester .38 Special caliber ammunition, in and affecting interstate commerce.

Such possession occurred after defendant PEREZ had been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

(1) Evading a Peace Officer while Driving Recklessly, in violation of California Vehicle Code Section 2800.2, and Evading a Peace Officer and Driving against Traffic, in violation of California Vehicle Code Section 2800.4, in the Superior Court of the State of California, County of Orange, Case Number 14CF2699, on or about February 23, 2015;

(2) Evading a Peace Officer while Driving Recklessly, in violation of California Vehicle Code Section 2800.2, in the Superior Court of the State of California, County of Orange, Case Number 12CF1977, on or about January 10, 2013;

(3) Evading a Peace Officer while Driving Recklessly, in violation of California Vehicle Code Section 2800.2, Possession of Ammunition by Prohibited Person, in violation of California Penal Code Section 12316(b)(1), and Sale or Transportation of a Controlled Substance, in violation of California Health and Safety Code Section 11379(a), in the Superior Court of the State of California, County of Orange, Case Number 05CF0078, on or about March 29, 2005;

(4) Evading a Peace Officer while Driving Recklessly, in violation of California Vehicle Code Section 2800.2, and Possession of Ammunition by Prohibited Person, in violation of California Penal Code Section 12316(b)(1), in the Superior Court of the State of California, County of Orange, Case Number 02CF3209, on or about March 14, 2003; and

(5) Possession of Firearm while on Probation, in violation of California Penal Code Section 12021(d), in the Superior Court of the

State of California, County of Orange, Case Number 00WF2520, on or about December 6, 2000.

COUNT TWO

[18 U.S.C. § 922(g)(1)]

On or about October 18, 2016, in Orange County, within the Central District of California, defendant FRANK PEREZ ("PEREZ") knowingly possessed a firearm, namely, a stolen Springfield Armory, model 1911-A1, .45 caliber pistol, bearing serial number NM123303, and ammunition, namely, approximately six rounds of FC .45 caliber Auto ammunition, in and affecting interstate commerce.

Such possession occurred after defendant PEREZ had been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

(1) Evading a Peace Officer while Driving Recklessly, in violation of California Vehicle Code Section 2800.2, and Evading a Peace Officer and Driving against Traffic, in violation of California Vehicle Code Section 2800.4, in the Superior Court of the State of California, County of Orange, Case Number 14CF2699, on or about February 23, 2015;

(2) Evading a Peace Officer while Driving Recklessly, in violation of California Vehicle Code Section 2800.2, in the Superior Court of the State of California, County of Orange, Case Number 12CF1977, on or about January 10, 2013;

(3) Evading a Peace Officer while Driving Recklessly, in violation of California Vehicle Code Section 2800.2, Possession of Ammunition by Prohibited Person, in violation of California Penal Code Section 12316(b)(1), and Sale or Transportation of a Controlled Substance, in violation of California Health and Safety Code Section 11379(a), in the Superior Court of the State of California, County of Orange, Case Number 05CF0078, on or about March 29, 2005;

(4) Evading a Peace Officer while Driving Recklessly, in violation of California Vehicle Code Section 2800.2, and Possession of Ammunition by Prohibited Person, in violation of California Penal Code Section 12316(b)(1), in the Superior Court of the State of California, County of Orange, Case Number 02CF3209, on or about March 14, 2003; and

(5) Possession of Firearm while on Probation, in violation of California Penal Code Section 12021(d), in the Superior Court of the State of California, County of Orange, Case Number 00WF2520, on or about December 6, 2000.

A TRUE BILL

_____
Foreperson

NICOLA T. HANNA
United States Attorney

*[signature]*

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office

JOSEPH T. MCNALLY
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

ANN LUOTTO WOLF
Assistant United States Attorney
Santa Ana Branch Office